| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | KEVIN C. KHASIGIAN<br>Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916)554-2700 |
| 5 | Attorneys for the United States |



**FILED**

JUN 12 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF:<br><br>ALL FUNDS MAINTAINED AT WELLS FARGO BANK BUSINESS CHECKING ACCOUNT NUMBER 6938572341, HELD IN THE NAME OF SANSCO IN AN AMOUNT UP TO AND INCLUDING $827,437.94,<br><br>ALL FUNDS MAINTAINED AT GOLDEN ONE CREDIT UNION ACCOUNT NUMBER 1250236-2 (MONEY MARKET), HELD IN THE NAME OF NICHOLAS STREET,<br><br>ALL FUNDS MAINTAINED AT GOLDEN ONE CREDIT UNION ACCOUNT NUMBER 1250236-9 (CHECKING), HELD IN THE NAME OF NICHOLAS STREET, AND<br><br>ALL FUNDS MAINTAINED AT WELLS FARGO BANK ACCOUNT NUMBER 7529334596 (CHECKING), HELD IN THE NAME OF SUNEET AGARWAL IN AN AMOUNT UP TO AND INCLUDING $44,271.18,<br><br>DEFENDANTS. | 2:12-SW-00307-DAD<br>2:12-SW-00308-DAD<br>2:12-SW-00309-DAD<br>2:12-SW-00310-DAD<br><br><br>ORDER RE: REQUEST TO UNSEAL SEIZURE WARRANTS AND SEIZURE WARRANT AFFIDAVIT |

Upon application of the United States of America and good cause having

1  Order Re: Request to Unseal Documents

1 | been shown,
2 |     IT IS HEREBY ORDERED that the seizure warrants and seizure warrant
3 | affidavit in the above-captioned proceeding be and are hereby unsealed.
4 | Date: 6/12/12

                                                            */s/ Dale A. Drozd*
                                                         DALE A. DROZD
                                                         United States Magistrate Judge